Argued and submitted June 19, reversed and remanded July 31, 1991

## MICHAEL ALLEN PULFREY,
*Appellant,*

*v.*

## Carl ZENON,
*Respondent.*

(90-C-10411; CA A66953)

813 P2d 1136

Steven H. Gorham, Salem, argued the cause and filed the brief for appellant.

Timothy A. Sylwester, Assistant Attorney General, Salem, argued the cause for respondent. With him on the brief were Dave Frohnmayer, Attorney General, and Virginia L. Linder, Solicitor General, Salem.

Before Richardson, Presiding Judge, Joseph, Chief Judge,* and Deits, Judge.

PER CURIAM

---

* Joseph, C. J., *vice* Newman, J.

## PER CURIAM

Petitioner appeals an order dismissing his petition for post-conviction relief, ORS 138.510, because it was not timely filed under ORS 138.510(2). The state concedes that, even under the present version of ORS 138.510(2), which limits the time for filing, the petition was timely. We agree.

Reversed and remanded.